William M. Audet (CA 117456)
Joshua C. Ezrin (CA 220157)
Adel A. Nadji (CA 232599)
ALEXANDER, HAWES & AUDET, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.576.1776

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br><br>IRMA HERRERA<br>Individual Case No. 06-3560 | Case No. 06-3560<br><br>MDL No. 1699<br><br>JUDGE BREYER<br><br>**STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 06-3560, ORIGINALLY FILED IN THE NORTHERN DISTRICT OF CALIFORNIA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff IRMA HERRERA originally filed in the Northern District of California, Case Number 06-3560, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed without prejudice.

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

**STIPULATION AND ORDER OF DISMISSAL**

| | | |
|---|---|---|
| 1 | DATED: November 20, 2006 | GORDON & REES, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Stuart M. Gordon |
| 5 | | sgordon@gordonrees.com |
| | | Embarcadero Center West |
| 6 | | 275 Battery Street |
| | | 20th Floor |
| 7 | | San Francisco, CA  94111 |
| | | Telephone: (415) 986-5900 |
| 8 | | Facsimile: (415) 986-8054 |
| 9 | | Attorney for Defendants |
| 10 | DATED: November 20, 2006 | ALEXANDER, HAWES & AUDET LLP |
| 11 | | |
| 12 | | |
| 13 | | By:    /s/  Adel A. Nadji |
| | | William M. Audet |
| 14 | | Joshua C. Ezrin |
| | | 221 Main Street, Suite 1460 |
| 15 | | San Francisco, CA  94105 |
| | | Telephone:  (415) 982-1776 |
| 16 | | Facsimile:  (415) 576-1776 |
| 17 | | Attorneys for Plaintiff |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: November 28, 2006

_____
HONORABLE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer

**STIPULATION AND ORDER OF DISMISSAL**