1  William M. Audet (CA117456)
   AUDET & PARTNERS, LLP
2  221 Main Street Suite 1460
   San Francisco, CA 94105
3  Telephone: (415) 568-2555
   Facsimile: (415) 568-2556
4

5
   Attorneys for Plaintiffs, Irma Herrera
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-03560-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| IRMA HERRERA,<br>　　　　　　　　Plaintiffs,<br>　　vs.<br>Pfizer Inc., et al.<br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, IRMA HERRERA, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

| | |
|---|---|
| DATED: November 9, 2009 | AUDET & PARTNERS, LLP |

By: _/s/ W. A._____
Counsel's Name
Attorneys for Plaintiff, Irma Herrera

DATED: Dec. 22, 2009   DLA PIPER LLP (US)

By: _/s/ Michelle_____
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE